UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT KEYES,             ) | |
|              ) | |
|       Plaintiff,       ) | |
|              ) | |
| VS.                     ) | |
|              ) | CIVIL ACTION NO. |
| WELLS FARGO BANK, N.A., PHH,  ) | |
| MORTGAGE CORPORATION,       ) | 3:20-CV-633-G (BN) |
| OCWEN LOAN SERVICING, LLC,   ) | |
| POWER DEFAULT SERVICES, INC.,  ) | |
| and AVT TITLE SERVICES LLC,     ) | |
|              ) | |
|       Defendants.     ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 23, 2020 (docket entry 23), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

July 22, 2020.

_____
A. JOE FISH
Senior United States District Judge