UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT KEYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO. |
| WELLS FARGO BANK, N.A., PHH ) | |
| MORTGAGE CORPORATION, ) | 3:20-CV-0633-G-BN |
| OCWEN LOAN SERVICING, LLC, and ) | |
| POWER DEFAULT SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 3, 2022.

_____
A. JOE FISH
**Senior United States District Judge**